

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00162-CR

Manuel Balderas **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR6806
Honorable Lori I. Valenzuela, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
            Luz Elena D. Chapa, Justice
            Jason Pulliam, Justice

Delivered and Filed:  May 6, 2015

MOTION TO DISMISS GRANTED; DISMISSED

        Appellant filed a motion to dismiss this appeal and for expedited issuance of the mandate.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a). We **order** the

clerk of this court to immediately issue the mandate. *See* TEX. R. APP. P. 18.1(c).

PER CURIAM

Do not publish